IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE WORSTER GROUP LLC, TACO DEL SOL, INC., and FAST TRIP, INC.,<br><br>　　　　Defendants. | CV 19–198–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's Joint Motion to File Exhibit A to the Stipulation for Dismissal Without Prejudice Under Seal. (Doc. 36.) Finding good cause,

IT IS ORDERED that the Motion (Doc. 36) is GRANTED. The parties may file the stipulation for dismissal under seal.

DATED this 1st day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court